UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE WELHOELTER,<br><br>          Plaintiff,<br><br>     v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | No.  CIV. S-13-2238 LKK/CKD<br><br>**ORDER OF RECUSAL AND REASSIGNMENT** |

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

IT IS HEREBY ORDERED that:

1.   The undersigned recuses himself as the judge to whom this case is assigned;

2.   All currently scheduled dates in the above-captioned action are **VACATED;**

3.   The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such

1

1  reassignment; and

2     4.   This case is REASSIGNED to the Honorable Morrison C.
3  England, Jr., United States District Judge.

4     IT IS SO ORDERED.

5     DATED:  November 20, 2013.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT