# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DEBBIE WELHOELTER, | Case No. 2:13-CV-02238-MCE-CKD |
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | Judge:  Hon. Morrison C. England, Jr. |

Based upon the stipulations of the parties (ECF No. 12) and pursuant to Federal Rule of Civil Procedure 41, this action is DISMISSED in its entirety as to all defendants, with prejudice.  Each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated:  September 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT